**Andrea D. Coit, OSB #002640**
acoit@eugenelaw.com
**Emily M. Perkins, OSB #222553**
eperkins@eugenelaw.com
HUTCHINSON COX
940 Willamette Street, Suite 400
P.O. Box 10886
Eugene, Oregon 97440
Telephone:    (541) 686-9160
Facsimile:    (541) 343-8693
Of Attorneys for Defendant Michael Currier

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **MALVIN ABEL**, an Oregon resident,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**CITY OF PORTLAND**, an Oregon municipal corporation; **MICHAEL CURRIER**, individually and in his official capacity; **GEORGE ANDERSON**, individually and in his official capacity; **NICHOLAS MORALES**, individually and in his official capacity; **JOSEPH JESSE**, individually and in his official capacity; **JESSICA BIRD**, individually and in her official capacity; **DOES 1-6**, individually and in their official capacity,<br><br>　　　　　Defendants. | Case No.    3:24-cv-02028-IM<br><br>**DEFENDANT MICHAEL CURRIER'S JOINDER IN DEFENDANTS CITY OF PORTLAND, GEORGE ANDERSON, NICHOLAS MORALES, JOSEPH JESSE, AND JESSICA BIRD'S FRCP 42(a) MOTION TO CONSOLIDATE** |

## I.　　CERTIFICATE PURSUANT TO LOCAL RULE 7-1

Counsel for defendant Michael Currier certifies that she was present and participating in a conferral video meeting between counsel for plaintiff and for the City defendants on January 15, 2026, on the issue of consolidation. All counsel made good-faith efforts to resolve the issues presented by this motion but were unable to do so.

Page 1 – DEFENDANT MICHAEL CURRIER'S JOINDER IN DEFENDANTS CITY OF
　　　　PORTLAND, GEORGE ANDERSON, NICHOLAS MORALES, JOSEPH JESSE,
　　　　AND JESSICA BIRD'S FRCP 42(a) MOTION TO CONSOLIDATE

## II.     JOINDER IN MOTION FILED BY CO-DEFENDANTS

Defendant Michael Currier hereby joins in the Fed. R. Civ. Proc. 42(a) Motion to Consolidate filed by co-defendants City of Portland, George Anderson, Nicholas Morales, Joseph Jesse, and Jessica Bird (ECF No. 43), and incorporates the arguments set forth in support of that motion.

DATED this 3rd day of February, 2026.

>                             HUTCHINSON COX
>
>
>                             By:     s/Andrea D. Coit
>                                 Andrea D. Coit, OSB #002640
>                                 acoit@eugenelaw.com
>                                 Emily M. Perkins, OSB #222553
>                                 eperkins@eugenelaw.com
>                                 Of Attorneys for Defendant Michael Currier

## CERTIFICATE OF SERVICE

I certify that on February 3, 2026, I served or caused to be served a true and complete copy of the foregoing **DEFENDANT MICHAEL CURRIER'S JOINDER IN DEFENDANTS CITY OF PORTLAND, GEORGE ANDERSON, NICHOLAS MORALES, JOSEPH JESSE, AND JESSICA BIRD'S FRCP 42(a) MOTION TO CONSOLIDATE** on the party or parties listed below as follows:

&boxtimes; Via CM / ECF Filing

☐ Via First Class Mail, Postage Prepaid

☐ Via Email

☐ Via Personal Delivery

☐ Via Facsimile

| | |
|---|---|
| Tara Lawrence | Elizabeth C. Woodard |
| tara@taralawrencelaw.com | beth.woodard@portlandoregon.gov |
| Lawrence Law Firm | Carey Caldwell |
| 54 Wilbur Street | carey.caldwell@portlandoregon.gov |
| Lake Oswego, OR 97034 | Portland City Attorney's Office |
| Fax: (888) 660-7336 | 1221 SW 4th Avenue, Room 430 |
| Of Attorneys for Plaintiff | Portland, OR 97204 |
| | Fax: (503) 823-3089 |
| | Attorney for Defendants City of Portland, George Anderson, Nicholas Morales, Joseph Jesse, and Jessica Bird |

    HUTCHINSON COX

By: _s/Andrea D. Coit_
    Andrea D. Coit, OSB #002640
    Emily M. Perkins, OSB #222553
    Of Attorneys for Defendant Michael Currier

Page 3 – DEFENDANT MICHAEL CURRIER'S JOINDER IN DEFENDANTS CITY OF PORTLAND, GEORGE ANDERSON, NICHOLAS MORALES, JOSEPH JESSE, AND JESSICA BIRD'S FRCP 42(a) MOTION TO CONSOLIDATE